**FILED**

OCT **1 3** 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05 CR 1570 W |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | **FOR EXTRAORDINARY** |
| | ) | **EXPENSES.** |
| RANDALL TREADWELL, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Good cause appearing:

IT IS HEREBY ORDERED that additional extraordinary expenses not to exceed $ 10,000.00 are authorized for the services of law clerk Crystal Walser nunc pro tunc to the date of September 17, 2006..

IT IS SO ORDERED:

DATED: ___10/13/06___

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT COURT

1