```
LAW OFFICE OF KURT DAVID HERMANSEN
KURT DAVID HERMANSEN
California State Bar Number 166349
110 West C Street, Suite 1810
San Diego, California 92101-3909
Telephone: (619) 236-8300
KDH@KurtDavidHermansen.com
Attorneys for Defendant
ARNULFO ACOSTA
```

FILED

OCT 13 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARNULFO ACOSTA,<br><br>Defendant. | Case No.   05cr1570 W<br><br>**EX PARTE**<br>**DECLARATION OF COUNSEL IN SUPPORT OF <u>EX PARTE</u> APPLICATION FOR EXTRAORDINARY EXPENSE, AND**<br><br>**ORDER** THEREON |

Kurt David Hermansen, being duly sworn, deposes and says:

1. I am an attorney duly licensed to practice law in the State of California, in the United States District Court for the Central and Southern Districts of California, in the United States Court of Appeals for the Ninth Circuit, and in the United States Supreme Court.

2. I was appointed by the United States District Court for the Southern District of California to represent Defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(b).

3. I have conferred with Private Investigators regarding the investigation of this case.

4. I believe the work performed by Investigator Esteban Hernandez was essential to my representation in this case given his specialized training and experience in fraud cases.

5. Without the investigators' help in identifying areas to investigate and follow, Mr. Acosta would not receive a fair trial and he would be hampered in presenting his defense.

6. Investigator Esteban Hernandez has assisted me in painstakingly going through over one hundred (100) boxes of documents seized by the FBI as evidence against Mr. ACOSTA and his co-defendants.

7. Without Esteban Hernandez's help, it would cost a lot more money if I were required to go through those boxes of seized documents and evidence by myself.

8. Investigator Esteban Hernandez communicated with me, and reviewed documents at the U.S. Attorneys office. The government will not let any of the documents leave their office.

9. Investigator Esteban Hernandez has also helped me with client conferences and document review while I was in trial.

I so declare, October 12, 2006, in San Diego, California.

Kurt David Hermansen
Attorney for Defendant Arnulfo Acosta
KDH@KurtDavidHermansen.com

## ORDER OF THE COURT

**GOOD CAUSE APPEARING IN THIS COMPLEX CASE, THE COURT ORDERS** that the extraordinary expense be authorized for payment to investigator Esteban Hernandez for twenty-two (22) hours rendered in the above-captioned case, upon submission of a properly documented CJA-21 Voucher for Investigative Services.

**IT IS SO ORDERED.**

Dated: 10/13/06

THOMAS J. WHELAN
UNITED STATES DISTRICT COURT JUDGE